**Order entered June 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00758-CV

### JARI'L ROBINSON, ET AL., Appellants

### V.

### PACE HOMES, Appellee

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-13967-D**

## ORDER

We **GRANT** appellant's June 17, 2015 motion for an extension of time to file a notice of appeal. The notice of appeal filed on June 17, 2015 is deemed timely for jurisdictional purposes.

/s/    ELIZABETH LANG-MIERS
       JUSTICE